IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 16-29 |
| | ) | |
| JUSTIN R. GULISANO, | ) | |
| | ) | |
| Defendant. | ) | |

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### Count 1



FILED
MAR 10 2016
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**(Sexual Exploitation of a Minor)**

From on or about September 27, 2012 through on or about June 19, 2015, in the State and District of Delaware and elsewhere, the defendant, JUSTIN R. GULISANO, did employ, use, persuade, induce, entice and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and mailed, and such visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and such visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign

commerce and mailed, and attempted to do so, in violation of Title 18, United States Code, Sections 2251(a) and (e).

## Count 2

### (Distribution of Child Pornography)

On or about October 11, 2013, in the State and District of Delaware and elsewhere, the defendant, JUSTIN R. GULISANO, knowingly distributed, and attempted to distribute, a visual depiction using any means and facility of interstate and foreign commerce and that had been mailed, and had been shipped and transported in and affecting interstate and foreign commerce, and which contained materials which had been mailed and so shipped and transported, by any means, including by computer, where the producing of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such depiction was of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## Count 3

### (Interstate Threatening Communications)

From on or about April 12, 2015 through on or about June 19, 2015, in the State and District of Delaware and elsewhere, the defendant, JUSTIN R. GULISANO, with intent to extort from a person a thing of value, did transmit in interstate commerce a communication containing a threat to injure the reputation of the addressee, in violation of Title 18, United States Code, Section 875(d).

2

## Notice of Forfeiture

Upon conviction for violating Title 18, United States Code, Sections 2251(a) and 2252(a)(2), as set forth in Counts 1 and 2, the defendant, JUSTIN R. GULISANO, shall forfeit to the United States any property, real or personal, constituting or derived from any proceeds that JUSTIN R. GULISANO obtained directly or indirectly as a result of the aforementioned violations; and any and all property, real or personal, used or intended to be used in any manner or part to commit and to promote the commission of the aforementioned violations, including but not limited to the following:

1. 1 Gateway Laptop, Serial Number LXWHQ020131113C4EB1601
2. 1 LG Verizon Cell Phone- Maroon in Color
3. 1 Black CD case containing CDs
4. 1 Black &Blue Logic Case containing CDs
5. 1 Gray CD Holder containing CD's
6. 1 320 GB Seagate Disc Drive, Serial Number ATA 5000C00015EBEBID
7. 1 Inspiron 3520 Dell Laptop – with black stickers
8. 2 4GB Ram Cards – Numbered 2HYN1X
9. 1 Black Nokia Cell Phone

pursuant to Title 18, United States Code, Section 2253.

A TRUE BILL:

Foreperson

CHARLES M. OBERLY, III
UNITED STATES ATTORNEY

By: _____
Edmond Falgowski
Assistant United States Attorney

By: _____
Amy Larson
Trial Attorney, Child Exploitation
& Obscenity Section

Dated: March 10, 2016

4

No. _____

# UNITED STATES DISTRICT COURT

___ District _ of _ Delaware ___

## THE UNITED STATES OF AMERICA

vs.

### JUSTIN GULISANO

# INDICTMENT

A true bill.

---

**Foreman**

Filed in open court this _____ day,

of _____ A.D. 2016 _____

---

Clerk

Bail, $ _____