IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Action No. 16-29 (LPS) |
| | : | |
| vs. | : | |
| | : | |
| JUSTIN R. GULISANO | : | |

## ORDER

**AND NOW**, this  2 7th day of  January , 2018, **it is**

**hereby ORDERED** that Defendant Justin R. Gulisano's Unopposed Motion to Add an

Additional Name is **GRANTED** and that the name of the defendant on all future court

documents and all future records of the United States Bureau of Prisons shall be "Justin R.

Gulisano a/k/a Emma Alexandra Gulisano."

_____
**HONORABLE LEONARD P. STARK**
**CHIEF JUDGE, U.S. DISTRICT COURT**