# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 16-29-LPS |
| v. ) | |
| ) | |
| JUSTIN GULISANO, ) | |
|    a.k.a. Emma Alexandra Gulisano, ) | |
| ) | |
|    Defendant. ) | |

## MOTION AND ORDER TO DISMISS INDICTMENT

NOW COMES the United States of America, by and through its attorneys, David C. Weiss, United States Attorney for the District of Delaware, and Graham L. Robinson, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss the Indictment in this case (D.I. 1 and 2) because the defendant pled guilty to a Superseding Information (D.I. 52).

                                                 Respectfully Submitted,

                                                 DAVID C. WEISS
                                                 United States Attorney

                                        By: */s/ Graham L. Robinson*
                                                 Graham L. Robinson
                                                 Assistant United States Attorney

Dated: June 7, 2018

**SO ORDERED** this _____ day of _____, 2018.

                              _____
                              HONORABLE LEONARD P. STARK, CHIEF JUDGE
                              UNITED STATES DISTRICT COURT
                              DISTRICT OF DELAWARE