United States District Court
For the District of Delaware

**FILED APR - 8 2019 U.S DISTRICT COURT DISTRICT OF DELAWARE**

United States of America, ) 
    Plaintiff )
) Criminal
Vs. ) Case No. 16-29-LPS
)
Justin R. Gulisano, )
AKA "Jessica Rachelle Gulisano", ) **MOTION TO AMEND**
    Defendant ) **JUDGEMENT AND COMMITMENT**

Comes Now, the Defendant, in Pro Per, to move this Court to amend the Name of Commitment for the Defendant to her legally changed name.

1.) On October 23, 2018, the Arizona Superior Court, Pima County issued a legal name change for the Defendant from "Justin Richard Gulisano", to "Jessica Rachelle Gulisano". (See Exhibit 1).

2.) As the Sentencing Court knows per the Pre Sentence Report in the afforementioned Criminal case number 16-29-LPS, the Defendant is a diagnosed Gender Dysphoric Transsexual Woman. The Defendant changed her name legally to better reflect her person in public and private life, living as a Transsexual Woman. In no effort is this motion to amend Commitment name a way for Defendant to evade law enforcement or the Sentence imposed. The Defendant's last name is still "Gulisano", and would not impede anyone from searching for United States v. Gulisano.

3.) "Exhibit 2" shows the legislative authority of this Court to change the Defendant's name on her Judgement and Commitment order.

— Page 1 —

## Conclusion

Wherefore, the instant Defendant humbly requests that this Honorable Federal Sentencing Court of the United States issue an ORDER, as is required by the Federal Bureau of Prisons Program Statement # 5800.15, CN-1 (Exhibit 2), so that the Defendant's "Committed name to be used by the inmate, as well as the Bureau" (Id.), is changed by Order of this Honorable Court from "Justin Richard Gulizano", to "Jessica Rachelle Gulizano" as to reflect the Arizona Superior Court Order dated October, 23, 2018 (Exhibit 1).

Respectfully Requested,

_Jessica Rachelle Gulizano_

Justin R. Gulizano, A.K.A.
Jessica Rachelle Gulizano
Reg. No. 08723-015
United States Penitentiary Tucson
P.O. Box 24550
Tucson, AZ 85734



Exhibit 1

```
Name of Person Filing   Justin Richard Gulisano # 08723-015
Mailing Address         USP Tucson, P.O. Box 24550
City, State, Zip Code   Tucson, AZ 85734-4550
DaytimeTelephone        N/A
Representing Self       YES
```

FILED
TONI L. HELLON
CLERK, SUPERIOR COURT

18 DEC 11 PM 12: 12

S. CASTILLO, DEPUTY

## ARIZONA SUPERIOR COURT, PIMA COUNTY

In the Matter of the Application of )
)
)
Justin Richard Gulisano )
Applicant )
)

Case No. **C20184577**

ORDER CHANGING NAME FOR AN ADULT

**RICHARD E. GORDON**

Applicant having filed an Application for Change of Name for an Adult; the cause came on regularly to be heard this 23rd day of October, 2018, before this Court.

The Court having read the Application and having fully considered the matter, and good cause appearing therefore,

1. IT IS ORDERED that the name of __Justin Richard Gulisano__
(Applicant's Current Name)

   be changed to __Jessica Rachelle Gulisano__    1/15/1992
   (Applicant's New Name)

2. ☐ For a person born in the State of Arizona, the Office of Vital Records is ordered to amend the birth record to reflect the new name ordered above.

   ☒ For a person born in a state other than Arizona, to the extent that the agency that maintains birth records in that state is authorized to honor an order of the Court, that agency is requested or ordered to amend its birth records to reflect the new name as ordered above.

DONE IN OPEN COURT this 23 day of October, 2018.

_____
Judicial Officer

STATE OF ARIZONA } ss.
COUNTY OF PIMA

The foregoing instrument is a full, true, and correct copy of the original on file in this office.
Attested ___DEC 11 2018___
TONI L. HELLON, Clerk
By_____Deputy
Arthur Robles



| | |
|---|---|
| **OPI:** | CPD/CPB |
| **NUMBER:** | 5800.15, CN-1 |
| **DATE:** | 9/23/16 |
| **SUBJECT:** | Correctional Systems Manual |



U.S. Department of Justice

Federal Bureau of Prisons

# Program Statement

CHANGE NOTICE

OPI: CPD/CPB

NUMBER: 5800.15, CN-1

DATE: September 23, 2016

## Correctional Systems Manual

/s/

*Approved*: Thomas R. Kane

Acting Director, Federal Bureau of Prisons

402. **SENTENCE COMPUTATIONS**

d. **Inmate Committed, Legal, and True Names**. The name entered on the J&C is considered the committed name to be used by the inmate, as well as the Bureau. SENTRY must reflect the committed name, <u>which may only be changed by an order from the Federal sentencing court.</u>  Court orders will be filed in the J&C file in accordance with Attachment A of this Manual and the DSCC will be notified accordingly.

Gulisano, J.
#08723-015
United States Penitentiary Tucson
P.O. Box 24550
Tucson, AZ 85734

⇔08723-015⇔
Clerk Of Court
Leonard P. Stark
844 N KING ST
District Court
Wilmington, DE 19801
United States

CERTIFIED MAIL

7016 3010 0000 5822 2018

FILED
APR - 8 2019
U.S DISTRICT COURT
DISTRICT OF DELAWARE

Legal Mail

19801-351918

